| DATE: | 2/8/2021 |
|---|---|
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | NA |
| BEGIN/END: | 10:01 – 10:03 |
| TOTAL TIME: | 2 minutes |

CASE NUMBER 4:21-MJ-00092-KPJ

USA v. Daniel Goodwyn

_Matt Johnson_
AUSA

_Denise Benson_
Defense Attorney

☒ ~~INITIAL APPEARANCE COMPLAINT~~ Atty Appointment
☐ ARRAIGNMENT
☐ DETENTION HEARING    ☐ PRELIMINARY HEARING    ☐ STATUS CONFERENCE

☐ Hearing Held    ☒ Hearing Called    ☒ Defendant Sworn    ☐ Interpreter Required

☒ Date of arrest: _1/29/2021 – 1:21-mj-063 – District of Columbia_    (Other district court & case #)

☐ Defendant ☐ advised of charges ☐ advised of maximum penalties ☐ waived reading of indictment

☐ Defendant first appearance with counsel Attorney: _____ ☐ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☒ Financial affidavit executed by dft.
☒ Defendant requests appointed counsel, is sworn and examined re: financial status.
☒ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed
☒ _Michelle Allen-McCoy_ FPD appointed

☐ USA ORAL motion for detention
☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance ☐ Oral Order denying continuance
☒ Detention hearing set PC _____ Friday 2/12 1:30
☐ Arraignment set _____

☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☒ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐ Order setting conditions of release ☐ PR Bond executed
☐ Defendant failed to appear ☐ oral order for arrest warrant ☐ bond forfeited
☐ See reverse/attached for additional proceedings