| | |
|---|---|
| DATE: | 2/12/2021 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 2:17 – 3:23 |
| TOTAL TIME: | 1 hour 6 minutes |

CASE NUMBER 4:21-MJ-00092-KPJ

USA v. Daniel Goodwyn

__William Tatum_____
AUSA

__Michelle Allen-McCoy, FPD_____
Defense Attorney

☐ DETENTION HEARING on Indictment    ☐ STATUS CONFERENCE
☒ DETENTION HEARING on O/D Complaint  ☒ PRELIMINARY HEARING on O/D Complaint

☒ CASE CALLED          ☒ DEFENDANT SWORN        ☐ INTERPRETER REQUIRED
☒ Government announced ready      ☒ Defendant announced ready
☒ Defendant appeared with counsel  _____Michelle Allen-McCoy, FPD_____
☐ Defendant requests appointed counsel.
☐ Financial affidavit executed by Defendant.
☐ The court finds the defendant is ☐ able to employ counsel  ☐ unable to employ counsel.
☐ _____ CJA appointed
☐ _____ FPD appointed

☐ ORAL motion by USA to withdraw Motion for Detention ☐ ORAL ORDER granting ☐ ORAL ORDER denying
☐ ORAL motion by USA to continue Motion for Detention ☐ ORAL ORDER granting ☐ ORAL ORDER denying

☐ Detention hearing reset to: _____
☐ Detention Hearing waived.
☐ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Conditions of Release entered, and Defendant released from custody.

☒ Government witnesses:  Kevin Ward, FBI Special Agent

☒ Defendant witnesses:  Bruce Goodwyn, father of defendant

**PROCEEDINGS:**

2:17 p.m. – Case called appearances made
2:18 p.m. – DIRECT EXAMINATION – Kevin Ward – history of the investigation – details of the incident charged in the Complaint.
2;26 p.m. – Government Exhibits 1 - 4 screen shots from social media accounts - admitted
2:26 p.m. – defendant's residential history
2:35 p.m. – CROSS EXAMINATION – information regarding misdemeanor offenses charged in the Complaint. Details of arrest
2:38 p.m. – REDIRECT – details of disruption to business at the Capitol during the riots.  Defendant's prior arrest record
2:41 p.m. – RECROSS – Defendant's prior arrests

2:43 p.m. – DIRECT EXAMINATION – Bruce Goodwyn – father of defendant – witnesses work history, family situation.  Defendant's work history.  Willingness to be Third Party Custodian

2:51 p.m. – CROSS EXAMINATION – witness's knowledge of son's involvement in D.C. Riots

2:53 p.m. – Questions from the Court – defendant's ability to follow rules -

2:55 p.m. – Government closing argument

2:58 p.m. – Defense closing argument

3:05 p.m. – Court questions defendant regarding following conditions being set.

3:11 p.m. – Court found probable cause and denied Government Motion to Detain.  Conditions read into the record.

3:22 p.m. – Defendant advised of consequences of failing to abide by conditions

3:23 p.m. – Adjourned

Court ordered Defendant  ☐ DETAINED  ☒ RELASED

☒ Conditions of Release entered
☐ Defendant remanded to USM.