# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| | § CASE NUMBER 4:21-MJ-092 KPJ |
| **v.** | § |
| **DANIEL GOODWYN** | § |

## ORDER

Pursuant to Federal Rules of Criminal Procedure 5.1, the Court conducted a preliminary hearing on February 12, 2021. Based on testimony, the Court finds that probable cause has been established in the above captioned criminal action and Defendant, Daniel Goodwyn, should be held over to answer to the grand jury.

**So ORDERED and SIGNED this 12th day of February, 2021.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE